IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES BROADHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA 13-257-WS-N |
| | ) | |
| GWENDOLYN GIVENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 20, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 22nd day of July, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE
