IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, | ) |
| Plaintiff, | ) |
| v. | ) CA 13-257-WS-N |
| GWENDOLYN GIVENS, | ) |
| Defendant. | ) |

### JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

**DONE** this the 22nd day of July, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE